■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER L. MAXSON, Appellant.—Appeal unanimously dismissed as academic and matter remitted to Cattaraugus County Court to vacate the conviction and dismiss the indictment, *sua sponte,* or on application by the District Attorney or the attorney who appeared for defendant *(see, People v Mintz,* 20 NY2d 770; *People v Goldberg,* 90 AD2d 691). (Appeal from judgment of Cattaraugus County Court, Sprague, J.—forgery, second degree and grand larceny, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.